UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| DUAYNE C.,<br><br>               Plaintiff,<br><br>   v.<br><br>KILOLO KIJAKAZI, Acting Commissioner of Social Security,<br><br>               Defendant. | NO: 1:22-CV-3184-TOR<br><br>ORDER GRANTING STIPULATED MOTION FOR REMAND |

BEFORE THE COURT is the parties' Stipulated Motion for Remand. ECF No. 17. The parties have agreed that this case should be reversed and remanded for further administrative proceedings pursuant to sentence four of 42 U.S.C. § 405(g).

**IT IS HEREBY ORDERED:**

1. The Parties' Stipulated Motion for Remand, ECF No. 17, is **GRANTED**. This case is **REVERSED** and **REMANDED** pursuant to sentence four of 42 U.S.C. § 405(g) for further administrative proceedings.

ORDER GRANTING STIPULATED MOTION FOR REMAND ~ 1

2. On remand, the Administrative Law Judge (ALJ) shall offer the claimant the opportunity for a hearing, take further action to complete the administrative record, and issue a new decision. The ALJ shall address the opinions of Mr. Frazier, specifically discussing the supportability and consistency of his opinions. Finally, the ALJ shall, as necessary: reconsider the claimant's impairments at steps two and three; reconsider the claimant's subjective statements; reconsider the nonmedical evidence; reconsider the medical opinion evidence; reconsider the claimant's residual functional capacity; and reconsider the claimant's ability to work at steps four and five.

3. All pending motions, hearings and the remaining briefing schedule are **vacated** as moot.

The District Court Executive is hereby directed to file this Order, provide copies to counsel, enter **JUDGMENT** for Plaintiff, and **CLOSE** the file.

DATED May 18, 2023.



THOMAS O. RICE
United States District Judge

ORDER GRANTING STIPULATED MOTION FOR REMAND ~ 2