AO 450 (Rev. 11/11)  Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
### for the
### Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

## Aug 29, 2023

SEAN F. McAVOY, CLERK

| | | |
|---|---|---|
| DUAYNE C. | ) | |
| *Plaintiff* | ) | |
| v. | ) | Civil Action No.    1:22-CV-3184-TOR |
| | ) | |
| | ) | |
| COMMISSIONER OF SOCIAL SECURITY, | | |
| *Defendant* | | |

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

❏ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($ _____ ), which includes prejudgment interest at the rate of _____ %, plus post judgment interest at the rate of _____ % per annum, along with costs.

❏ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____ .

☑ other:    Plaintiff's Motion for EAJA Attorney's Fees (ECF No. 20) is GRANTED.
The Commissioner is directed to pay EAJA fees in the amount of $4,652.77 for attorney's fees.
The EAJA award shall be made payable directly to Plaintiff (using his full name), and mailed to D. James Tree, 3711 Englewood Avenue, Yakima, WA 98902.

This action was *(check one)*:

❏ tried by a jury with Judge _____ presiding, and the jury has rendered a verdict.

❏ tried by Judge _____ without a jury and the above decision was reached.

☑ decided by Judge _____ THOMAS O. RICE _____ on Plaintiff's Motion for EAJA Attorney's Fees (ECF No. 20).

Date:  August 29, 2023 _____

CLERK OF COURT

SEAN F. McAVOY _____

*s/ B. Fortenberry* _____
*(By) Deputy Clerk*

B. Fortenberry _____